UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES--GENERAL

Case No.  **CV 10-02498-GW (RNB)**         Date: **July 1, 2010**

Title: **David Scott Harrison v. N. Grannis, et al.**
================================================================

**DOCKET ENTRY**
================================================================
PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

   Kerri Glover                                        n/a  
Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:  
    None Present                                  None Present

**PROCEEDINGS:  (IN CHAMBERS)**

     The clerk is directed to process plaintiff's "Motion for Voluntary Dismissal" as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A).  No court order is necessary to effectuate such a dismissal.